JOSEPH MARZULLO

Plaintiff(s)

Index #: 17-CV-00221-RJS

- against -

Date Filed:

FB HOSPITALITY, LLC

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

KELVI A FRIAS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 20, 2017 at 03:55 PM at

621 WEST 46TH STREET
NEW YORK, NY10036

deponent served the within true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS, CIVIL COVER SHEET on FB HOSPITALITY, LLC, the defendant/respondent therein named,

**LIMITED LIABILITY COMPANY** by delivering thereat a true copy of each to MS. AMBER personally, deponent knew said limited liability company so served to be the limited liability company described in said SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS, CIVIL COVER SHEET as said defendant/respondent and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 25 | 5'5 | 130 |

Sworn to me on: March 21, 2017

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY  10007

**KELVI A FRIAS**
License #: 1232446
Docket #:      *1021442*