USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5\15\17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Joseph Marzullo

                **Plaintiff(s),**

      - against -

FB Hospitality LLC

                **Defendant(s),**
-------------------------------------------------------------X

17 Civ. 0221 (RJS)

**CLERK'S CERTIFICATE
OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on January 16, 2017 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) FB Hospitality LLC by personally serving Defendant at its place of business, and proof of service was therefore filed on April 12, 2017, Doc. #(s) 9.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

     May 15, 2017

                                          RUBY J. KRAJICK
                                          Clerk of Court

                             By: _____
                                             Deputy Clerk