UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH MARZULLO,

                Plaintiff,

-v-                                                No. 17-cv-221 (RJS)
                                                      ORDER

FB HOSPITALITY, LLC,

                Defendant.

RICHARD J. SULLIVAN, District Judge:

      For the reasons set forth on the record at today's conference, IT IS HEREBY ORDERED that Plaintiff's motion for a default judgment is GRANTED as to liability. IT IS FURTHER ORDERED that, no later than June 13, 2017, Plaintiff shall file a supplemental submission regarding damages and attorney's fees. IT IS FURTHER ORDERED that Plaintiff shall, no later than June 8, 2017: (1) serve Defendant with a copy of this Order, and (2) file a certificate of such service on ECF.

SO ORDERED.

Dated:      June 6, 2017
              New York, New York

                                                              RICHARD J. SULLIVAN
                                                             UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/17